## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.  3:13-00082 |
| | ) | CHIEF JUDE HAYNES |
| v. | ) | |
| | ) | |
| JOSUE CASTRO PINEDA, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Upon review of the file, counsel for all parties have 10 days to submit an Agreed Order for a hearing on all pending motions to suppress.

It is so **ORDERED**.

**ENTERED** this the _22nd_ day of August, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court