Dear Honorable Chief Judge Haynes,                                8-22-13

My name is Eric. I'm here at the Bowling Green Federal holding facility with a Hispanic inmate named Raul Cedillo. He does not speak English and he asked another Hispanic to ask me to write a letter for him because he feels that he has been treated unjust and unfairly by his federal public defender David Komisar. Raul has been incarcerated for approximately 4 months. He's very aware of his lawyers proffesion. So he understands he can't be catered to. But besides two court appearances he hasn't spoken directly with his Attorney. Mr. Komisar never answers his phone besides one time, where in he told Rauls family not to worry, but that's his only option. He never visits Raul. He hasn't sent his Discovery. He lied about coming to visit Raul 2 months ago right before his family vacation and it still hasn't taken place. He almost never writes but when he has Raul doesn't understand English anyway. He would like his letters in Spanish or for Mr. Komisar to visit and discuss the issues every so often with him. Raul is very confused and unaware of the severity of his conspiracy case. He's been very stressed out due to no contact with his lawyer. And to my knowledge he is under the impression that he should not be in a lot of trouble. So he can't figure out why this lack of communication is happening to him. Raul has been very patient, calm and understanding of Mr. Komisars busy schedule, but now he feels that he has exhausted all remedies pertaining to gaining Mr. Komisars attention, commitment, and legal advise. Raul isn't seeking special treatment. He's merely asking to be afforded the rights due to him. On behalf of Raul Cedillo, Thank you for your time and consideration, Honorable Chief Judge Haynes.

---

ORDER

Counsel for the Defendant Raul Cedillo shall file a response under seal to this letter.

[signature]
8-29-13

Case 3:13-cr-00082   Document 79   Filed 08/27/13   Page 1 of 1 PageID #: 226