UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:13-00082 |
| v. | ) | |
| | ) | JUDGE HAYNES |
| INES PENA LOPEZ | ) | |

*[handwritten annotation: ORDER / Termination / to Granted / cullff? / 9-25-13]*

## DEFENDANT LOPEZ'S MOTION FOR INTERPRETATIVE SERVICE

Comes now the Defendant Ines Pena Lopez, by and through undersigned counsel, respectfully request approval for up to twenty four hundred dollars ($2,400) for interpretative services of various Spanish interpreters to assist counsel in communicating with the defendant who has some difficulty speaking English and in transcribing legal materials.

THE LAW OFFICE OF DAVID L. COOPER, P.C.

s/ David L. Cooper
DAVID L. COOPER, BPR# 11445

Third Avenue North Building
208 Third Avenue, North
Suite 300
Nashville, TN 37201
(615) 256-1008

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing **Defendant Lopez's Motion for Interpretative Service** has been delivered by the Court's CM/ECF system to **Van S. Vincent, Esq.**, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, TN 37203, on this 24th day of September, 2013.

s/ DAVID L. COOPER
DAVID L. COOPER