United States District Court
Middle District of Tennessee
Nashville TN Division

United States of America

V.

Josue Castro Pineda
CASE NO. 3:13-00082
Judge HAYNES

*[handwritten annotations in right margin: ORDER — This motion is DENIED as moot based upon the Defendant's Enrollment upon the ... COURT ... 1-10-14]*

Motion for Court Appointed Attorney

Comes now the "pro se" applicant Josue Castro Pineda and moves this court for appointment of competent counsel and to remove counsel that this court appointed for lack of performance or concern in navigating applicant through the legal hurdles involved in this case.

Facts,

Mr. Jude T. Lenahan was appointed to my case one April 29th 2013. I've spoken with my counsel briefly, twice since he's been appointed to my case. Mr. Lenahan doesn't seem interested in helping me with my case. It would be greatly appreciated your honor if you could appoint me another attorney.

Legal Argument

The 6th Amendment to the United States Constitution provides that in criminal prosecution, the accused shall enjoy the right to have the